The amended declaration herein does not wholly fail to state a cause of action, therefore the demurrer thereto should have been overruled. Wertz v. Tampa Electric Co., 78 Fla. 405, 83 So. R. 270; Peterson v. Oscar Daniels Co., 83 Fla. 29, 90
So. R. 621; Pero v. Corley, 87 Fla. 448, 100 So. R. 748; Foster v. St. Johns Electric Co., 86 Fla. 338, 98 So. R. 75; McDonald v. Exchange Supply Co., 88 Fla. 80, 101 So. R. 28; Cummings Mach. Works v. Clark, 89 Fla. 383, 105 So. R. 100; Hawkins v. Shore Acres Properties, 93 Fla. 670, 112 So. R. 61; Yon v. Pinellas County Power Co., 93 Fla. 503, 112 So. R. 50; Carlton v. F. E. C. Ry. Co., 95 Fla. 596, 116 So. R. 870.
The judgment rendered on the demurrer should be reversed.
TERRELL, C. J., and WHITFIELD and STRUM, J., concur.
ELLIS, BROWN and BUFORD, J. J., dissent.